JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE E. PETTY, an individual, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>RADIOLOGY PARTNERS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No.: 2:24-cv-02806-SB-KS<br><br>**ORDER GRANTING IN PART VOLUNTARY DISMISSAL OF PLAINTIFF'S CLASS CLAIMS AND REMAND OF PLAINTIFF'S REMAINING CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

On May 3, 2024, the parties filed a joint stipulation in which Plaintiff Kyle E. Petty agreed to voluntarily dismiss the class claims and the parties requested that Plaintiff's individual claims be remanded to state court.  Dkt. No. 26.  The Court grants the stipulation in part:

1. The class claims alleged by Plaintiff against Defendant Radiology Partners Management, LLC are dismissed without prejudice from this action without costs, expenses, or attorneys' fees to any party; and

2. Plaintiff's remaining claims shall be remanded to state court.

1

1          Because the Court is without jurisdiction following remand to order arbitration

2    of Plaintiff's individual claims, the Court does not do so.  The parties are free to raise

3    this issue with the state court upon completion of the remand.

4

5

6    Date: May 7, 2024                              _____

7                                                            Stanley Blumenfeld, Jr.
                                                              United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2